**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IRA LONGEN and
MARY JO A JENSEN-CARTER,
Trustee for the bankruptcy estate
of Ira Longen,
Plaintiffs,

Civil No. 02-367 (DWF/AJB)

v.

**ORDER OF REFERENCE**

WATEROUS COMPANY,

Defendant.

---

Richard Williams, Jr., Esq., Williams & Iversen, 1611 West County Road B, Suite 208, Roseville, MN 55113, counsel for Plaintiffs.

Penelope Phillips, Esq., Felhaber Larson Fenlon & Vogt, 4200 First Bank Place, 601 2nd Avenue South, Minneapolis, MN 55402-4302, counsel for Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss is referred to Magistrate Judge Arthur J. Boylan.

Counsel are directed to call and schedule the motion with Calendar Clerk Kathy Thobe at 651-848-1210.

Dated: February 20, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 2 0 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________