# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ira Longen and Mary Jo A. Jensen-Carter,
Trustee fo the Bankruptcy Estate of Ira Longen

Case No. Civil 02-367 DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Waterous Company

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:
1. Defendant's motion for Summary Judgment is GRANTED;
2. Plaintiff's motion for Partial Summary Judgment is DENIED; and
3. The Complaint is dismissed with prejudice.

DATE: August 13, 2002

RICHARD D. SLETTEN, CLERK

______________________________
Mary Kaye Conery , Deputy Clerk